IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM F. BROBST, JR., et al, | : |
| | : CIVIL ACTION |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : NO. 16-4051 |
| DAVID W. CROSSETT, ESQ., et al., | : |
| | : |
| Defendants. | : |

## ORDER

**AND NOW**, this 31st day of May, 2017, upon consideration of the Motion to Dismiss by Defendants David W. Crossett, Esq., Smith Law Group, LLC, and James M. Smith, Esq. (Docket No. 20), the Motion to Dismiss by Defendant William F. Brobst, Sr. (Docket No. 21), the Plaintiffs' Responses in Opposition (Docket Nos. 23 and 24), the Notice by Defendants David W. Crossett, Esq., Smith Law Group, LLC, and James M. Smith, Esq. (Docket No. 33), and the Notice by the Plaintiffs (Docket No. 34), it is hereby **ORDERED** that the Motions to Dismiss (Docket Nos. 20 and 21) are **GRANTED IN PART and DENIED IN PART** as follows:

1. As to all defendants, the motions to dismiss are **GRANTED** with respect to counts four, five, six, seven, eight, ten, and twelve and those counts are **DISMISSED WITHOUT PREJUDICE**.

2. The motions to dismiss are **DENIED** with respect to counts one, two, three, nine, eleven, thirteen, fourteen, fifteen, and sixteen.

It is so **ORDERED**.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.