IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM F. BROBST, JR., ROXANNE BROBST, h/w, and KESHIA BROBST, <br> Plaintiffs, <br><br> vs. <br><br> WILLIAM F. BROBST, SR., DAVID W. CROSSETT, ESQUIRE, SMITH LAW GROUP, LLC, and JAMES M. SMITH, ESQUIRE, <br> Defendants. | CIVIL ACTION <br><br> NO. 16-4051 |

## ORDER

**AND NOW**, this 27th day of March, 2019, upon consideration of Plaintiffs' Motion for Reconsideration (ECF No. 105), the Responses in Opposition by the Defendants (ECF Nos. 106, 107), and for the reasons discussed in the foregoing Memorandum,

**IT IS ORDERED** that the Plaintiffs' Motion for Reconsideration is **DENIED**.

BY THE COURT:


*/s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge